No. 379. MUCKLESHOOT TRIBE OF INDIANS *v.* UNITED STATES. Ct. Cl. Motion to dispense with printing petition for writ of certiorari granted. Certiorari denied. *Frederick W. Post* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *Elizabeth Dudley* for the United States.

No. 272. GILBERT *v.* SUPREME COURT OF NEW YORK, CRIMINAL TERM, COUNTY OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Arnold Bauman* for petitioner. *Frank S. Hogan* for respondents.

No. 208. CHICAGO CUTTER-KARCHER, INC. *v.* MALEY, TRUSTEE IN BANKRUPTCY. C. A. 7th Cir. Motion of Consolidated Millinery Co. for leave to file brief, as *amicus curiae,* granted. Certiorari denied. *Victor Packman* for petitioner. *Norman H. Nachman* for respondent. *Alex Elson* for Consolidated Millinery Co., as *amicus curiae, in support* of the petition.

No. 286. ALABAMA-TENNESSEE NATURAL GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 5th Cir. Motion of Tennessee Valley Municipal Gas Association to be added as a party respondent granted. Certiorari denied. *Stanley M. Morley* and *Francis H. Caskin* for petitioner. *Solicitor General Marshall, Richard A. Solomon, Howard E. Wahrenbrock* and *Peter H. Schiff* for Federal Power Commission, and *Reuben Goldberg* for Tennessee Valley Municipal Gas Association, respondents. *Christopher T. Boland, George J. Meiburger* and *Harry L. Albrecht* for Independent Natural Gas Association of America, as *amicus curiae, in* support of the petition.